**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

GEORGE JOHNSON,

          Respondent

          v.

LANSDALE BOROUGH AND LANSDALE
BOROUGH CIVIL SERVICE
COMMISSION,

          Petitioners

:  No. 332 MAL 2018
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER


**PER CURIAM**

     **AND NOW**, this 16th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.